findings of fact by the trial court are not clearly erroneous, no error of law appears, and an opinion would have no precedential value.

Affirmed. Rule 84.16(b).

27.26 motion to vacate or set aside judgment of conviction of first degree robbery, Section 569.020, RSMo 1978, and sentence to ten years' imprisonment.

Affirmed. Rule 84.16(b).

Kevin B. BRATTON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 35483.

Missouri Court of Appeals,
Western District.

Sept. 4, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Oct. 30, 1984.

Joseph H. Locascio, Sp. Public Defender, John M. Torrence, Asst. Spec. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Deborah Neff, Asst. Atty. Gen., Jefferson City, for respondent.

Before DIXON, P.J., and SHANGLER and SOMERVILLE, JJ.

ORDER

PER CURIAM.

Appeal from a judgment of the Circuit Court of Jackson County denying a Rule

Roscoe THOMAS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 35493.

Missouri Court of Appeals,
Western District.

Sept. 4, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Oct. 30, 1984.

Joseph H. Locascio, Sp. Public Defender, John M. Torrence, Asst. Sp. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Thomas Carter, II, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and NUGENT and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from denial after hearing of a Rule 27.26 motion to vacate conviction for